I agree with the Court of Civil Appeals in its discussion of the child support issue, and I agree with that portion of Justice Cook's dissenting opinion that reaches the merits of this issue. I express no opinion as to that portion of Justice Cook's opinion treating the question as one of jurisdiction. The notion of requiring a grandfather who formerly had custody of the grandchild to support the child has some appeal in these circumstances, because our sympathies naturally go with the child and because the State has a legitimate interest in protecting children. However, as stated by the Court of Civil Appeals and by Justice Cook, the grandfather no longer stands in loco parentis now that he no longer has custody, and there is no basis in law for requiring him to support the child. The majority, I am afraid, creates with this opinion a brand new child support obligation with no grounding in the obligations imposed on natural or adoptive parents or on persons *Page 990 
with legal custody. I do not know the source or limits of this obligation.